Charles *against* Stansbury.

A NOTICE in this cause had been served on *Thursday*, of an intended motion to be made on the *Monday* following, being the first day of term. It was objected, that the last day being *Sunday*, there was not a four-day's notice. But *the court* said, that *Monday* may be considered as the last day ; that such a notice had always been held sufficient, and that in all notices, one day was to be taken inclusive, and the other exclusive.

*Talbot*, for the plaintiff.

*Johnson*, for the defendant,

Rule granted.

Service of a notice on *Thursday*, of an intended motion on *Monday* following, is sufficient.

ON the application of *A. B.* to be admitted to an examination as an attorney of this court, the certificate of clerkship by the attorney was, that the clerk " had regularly pursued the study of the law, under his direction and superintendance," &c. *The court* said that the certificate was insufficient ; that the attorney ought to certify that the clerk has served his clerkship, regularly, *in the office of such attorney.*(a)

Attorney's certificate of clerkship.

(a) Mr. Justice THOMPSON was absent during the whole of this term, from indisposition.